**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PROPHET PAULCIN,**

    **Plaintiff,**

vs.                                                   **CASE NO. 4:08cv418-SPM/AK**

**T. L. GILLIAM, et al,**

    **Defendants.**

_____/

**O R D E R**

Plaintiff, an inmate proceeding *pro se*, has filed a second amended complaint. (Doc. 13). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the amended complaint should be directed.

At this point, Plaintiff must submit service copies of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. Plaintiff has listed eight (8) Defendants in this action, but has not named two of them, they are listed as Warden Doe and Nurse Jane Doe. Until these persons are named, they cannot be served. If necessary, Plaintiff may wait until discovery has begun to learn the

names of these two persons.  Therefore, Plaintiff must provide the Court with six additional copies of the amended complaint that are identical to the amended complaint, doc. 13, filed with the Court.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until March 20, 2009, to provide the Court with six (6) identical copies of his second amended complaint for service on the Defendants.

2.  **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this *2nd* day of March, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**