**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PROPHET PAULCIN,**

    **Plaintiff,**

**vs.**                                                                **CASE NO. 4:08CV418-SPM/AK**

**WALTER MCNEIL,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for Reconsideration of the Court's previous Order (doc. 33) denying him leave to file a third amended complaint. (Doc. 36). Having considered said motion for reconsideration, the Court finds no grounds for reconsidering its previous Order, and the motion (doc. 36) is **DENIED**.

**DONE AND ORDERED** on this __27th__ of July, 2009.

                                       _s/ A. KORNBLUM_
                                       **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**