IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PROPHET PAULCIN,**

    Plaintiff,

vs.                                                                Case No.: 4:08cv418-SPM/AK

**T. L. GILLAM, et al.,**

    Defendants.

_____/

## O R D E R

Plaintiff is herein advised that all attempts to serve Defendant Jennifer Larkin have proved unsuccessful. Consequently, he shall advise the Court on or before **December 18, 2009**, whether he wishes to dismiss her as a defendant or take other action.

**DONE AND ORDERED** this **18th** day of November, 2009.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**